HEATHER E. WILLIAMS, CA #122664
Federal Defender
ANDRAS FARKAS, CA Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MATTHEW DAVID FIELDS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 6:13-mj-00012 MJS |
|---|---|
| Plaintiff, | STIPULATION TO EXTEND PROBATION; ORDER |
| vs. | |
| MATTHEW DAVID FIELDS, | COURT:   Mag. Judge Michael J. Seng |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Matthew McNeese, NPS Legal Officer, counsel for plaintiff, and Andras Farkas, Assistant Federal Defender, counsel for defendant, Matthew David Fields, that probation be extended one year to October 7, 2015.

This extension of probation is requested by defense counsel so defendant can complete the court-ordered, 52-week domestic violence course.  The government does not object to this request.  The requested continuance will conserve time and resources for all parties and the court.

/ / /

/ / /

/ / /

/ / /

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 4, 2014

*/s/ Matthew McNeese*
MATTHEW McNEESE
Legal Officer
National Park Service

HEATHER E. WILLIAMS
Federal Defender

DATED: September 4, 2014

/s/ *Andras Farkas*
ANDRAS FARKAS
Assistant Federal Defender
Attorneys for Defendant
MATTHEW DAVID FIELDS

**ORDER**

Good cause appearing, the above Stipulation is approved and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  September 4, 2014         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE